Mark J. JEFFREY, Relator,

v.

BANANA REPUBLIC, and American Home Assurance, adm'd by AIG Claim Services, Inc., Respondents.

No. A07–1033.

Supreme Court of Minnesota.

Aug. 21, 2007.

David C. Wulff, Law Office of David C. Wulff, Roseville, MN, for Relator.

Nicole B. Surges, William M. Topka, Erstad & Riemer, P.A., Minneapolis, MN, for Respondents.

ORDER

PAUL H. ANDERSON, Associate Justice.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 1, 2007, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Mary R. OLDS, Respondent,

v.

LUTHERAN SOCIAL SERVICES OF MINNESOTA, Self–Insured/Comp-Cost, Inc., Relators,

and

Twin Cities Spine Center, Intervenor.

No. A07–932.

Supreme Court of Minnesota.

Aug. 21, 2007.

David L. Christianson, Ted A. Johnson, Cronan, Pearson, Quinlivan, P.A., Minneapolis, MN, for Relator.

Steven M. Bradt, Bradt Law Offices, P.A., Grand Rapids, MN, for Respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 9, 2007, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Alan C. Page
Associate Justice